CARLETON R. BURCH  (130701)
crb@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
707 Wilshire Blvd., Suite 4000
Los Angeles, CA  90017-3623
213-688-0080
Attorneys for Judgment Creditor FEDERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

UNITED STATES OF AMERICA

Plaintiff(s)

v.

WILLIAM SCOTT FRAZIER

Defendant(s)

CASE NUMBER:
5:22-mc-80029-SVK

**WRIT OF EXECUTION**

TO:  THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On        January 31, 2022        a judgment was entered in the above-entitled action in favor of:
Federal Insurance Company

as Judgment Creditor and against:
William Scott Frazier

as Judgment Debtor, for:

| $ | 1,872,816.82 | Principal, |
|---|---|---|
| $ | 0.00 | Attorney Fees, |
| $ | 0.00 | Interest **, and |
| $ | 0.00 | Costs, making a total amount of |
| $ | 1,872,816.82 | **JUDGMENT AS ENTERED** |

**\*\*NOTE:**  JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

CV-23 (6/01)

**WRIT OF EXECUTION**

PAGE 1 OF 3

American LegalNet, Inc.
www.Forms*Workflow*.com

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Northern **District of** California, to wit:

$ 0.00 accrued interest, and
$ 0.00 accrued costs, making a total of
$ 0.00 **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ 1,872,816.82 **ACTUALLY DUE** on the date of the issuance of this writ of which
$ 1,872,816.82 Is due on the judgment as entered and bears interest at n/a percent per annum, in the amount of $ 0.00 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

Mark B. Busby
CLERK, UNITED STATES DISTRICT COURT

Dated: February 11, 2022     By: _____
                                  Deputy Clerk

**WRIT OF EXECUTION**

CV-23 (6/01)                                                        PAGE 2 OF 3

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

William Scott Frazier
3351 N. Lumpkin Rd., Apt. 3208
Columbus, GA  31903-1469

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**WRIT OF EXECUTION**

CV-23 (6/01) PAGE 3 OF 3

American LegalNet, Inc.
www.Forms*Workflow*.com

## PROOF OF SERVICE

**Federal Insurance Company v. William Scott Frazier and Richard MacDonald Studios**
**5:22-mc-80029-SVK**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 707 Wilshire Boulevard, Suite 4000, Los Angeles, California 90017-3623.

On February 10, 2022, I served true copies of the following document(s) described as **WRIT OF EXECUTION** on the interested parties in this action as follows:

William Scott Frazier
3351 N. Lumpkin Rd., Apt. 3208
Columbus, GA  31903-1469

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Anderson, McPharlin & Conners LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 10, 2022, at Los Angeles, California.

*/s/ Justin Stovall*
_____
Justin Stovall